**Order entered June 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01323-CR
No. 05-12-01349-CR

**ERIC JERMOND DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-71411-W, F11-59063-W**

## ORDER

The Court **REINSTATES** the appeals.

On June 18, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed in these appeals. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent; (3) the Dallas County Public Defender's Office was appointed to represent appellant; (4) the Public Defender's Office did not get notice of the appointment, nor did it receive correspondence from this Court regarding the appeals; and (5) Katherine Drew asked for thirty days to file appellant's brief.

We **ORDER** appellant to file his brief in these appeals by **FRIDAY, JULY 26, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office, and Michael Casillas, Appellate-Chief, Dallas County District Attorney's Office.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE